**THE STATE OF FLORIDA v. JOHNNY DUNCAN alias TOMPKINS**

23 So. (2nd) 855                                    June Term, 1945
November 27, 1945                                   Division A

*J. Tom Watson,* Attorney General, *Reeves Bowen,* Assistant Attorney General, *Luther W. Cobbey,* County Solicitor, and *Paul Game,* Assistant County Solicitor, for appellant.

*Joseph E. Williams* and *Cyrus W. Fields,* for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., TERRELL, BROWN, THOMAS, ADAMS and SEBRING, JJ., concur.

BUFORD, J., dissents.

BUFORD, J., dissenting:

I think the information sufficiently charges a violation of Sec. 800.04, 1943 supplement to Vol. 1 Fla. Statutes 1941 and Sec. 794.05 Fla. Statutes 1941 and judgment should be reversed on authority of Eggart v. State 43 Fla. 527, 25 So. 144 in connection with Sec. 906.25 Fla. Statutes 1941.